| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) GRAHAM, DONALD L | 2. Court or Organization Southern District of Florida | 3. Date of Report 06/08/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 99 N.E. 4 Street Room 1155 Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN -9 A 11: 19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L | 06/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The Florida Bar Association | 6/23-6/24-Orlando FL, 2005 Federal Judicial Roundtable Program (transportation, lodging and food) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L | 06/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Miami Federal Credit Union | A | Interest | J | T | | | | | |
| 2. Fidelity Over The Counter | D | Dividend | M | T | | | | | |
| 3. Fidelity Aggressive Growth | C | Dividend | K | T | | | | | |
| 4. USAA Florida Tax Exempt Money Market | A | Dividend | K | T | | | | | |
| 5. American Century 20th Century Ultra | D | Dividend | M | T | | | | | |
| 6. T. Rowe Price Int'l Stock Fund | D | Dividend | L | T | | | | | |
| 7. USAA Aggressive Growth | B | Dividend | J | T | | | | | |
| 8. Four Kings, Inc. | A | None | K | T | | | | | |
| 9. USAA S & P Index Fund | E | Dividend | M | T | | | | | |
| 10. Excelsior Value and Restructuring Fund | E | Dividend | M | T | | | | | |
| 11. Columbia Growth Stock Fund - Z | A | Dividend | K | T | | | | | |
| 12. Abbott Laboratories (Common) | A | Dividend | K | T | | | | | |
| 13. American Express (Common) | A | Dividend | K | T | | | | | |
| 14. Citigroup (Common) | A | Dividend | K | T | | | | | |
| 15. Hewlett -Packard (HP) (Common) | A | Dividend | J | T | | | | | |
| 16. EMC Corporation (Common) | A | Dividend | K | T | | | | | |
| 17. Home Depot (Common) | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000; R =Cost (Real Estate Only); P4 =More than $50,000,000; T =Cash Market
(See Column C2) Q =Appraisal; V =Other; S =Assessment
U =Book Value; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lucent Technologies (Common) | A | Dividend | J | T | | | | | |
| 19. Agere Systems CL A (Common) | A | Dividend | J | T | Sell | 6/23 | J | A | |
| 20. Agere Systems CL B (Common) | A | Dividend | J | T | Sell | 6/23 | J | A | |
| 21. Texas Instruments (Common) | A | Dividend | K | T | | | | | |
| 22. 3Com Corp. (Common) | A | Dividend | J | T | Sell | 9/29 | J | A | |
| 23. At Home Corp. (Common) | A | Dividend | J | T | | | | | |
| 24. International Business Machines (Common) | A | Dividend | J | T | | | | | |
| 25. Microsoft Corporation (Common) | A | Dividend | J | T | | | | | |
| 26. Altria Corp. | B | Dividend | K | T | | | | | |
| 27. Vitesse Semiconductor (Common) | A | Dividend | J | T | | | | | |
| 28. Walgreen Company (Common) | A | Dividend | K | T | | | | | |
| 29. E-Trade (Kemper Institution Tax Exempt Fla) Money Market | A | Dividend | L | T | | | | | |
| 30. AT&T Corp. (Common) | A | Dividend | J | T | | | | | |
| 31. Comcast | A | Dividend | J | T | | | | | |
| 32. Bank of America Corp. (Common) | A | Dividend | K | T | | | | | |
| 33. Fannie Mae (Voting Common Shares) | B | Dividend | L | T | | | | | |
| 34. PG formerly known as Gillette (Common) | A | Dividend | K | T | Name change | 10/3 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L | 06/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Nokia (Common) | A | Dividend | J | T | | | | | |
| 36. Pfizer (Common) | A | Dividend | J | T | | | | | |
| 37. TJX, Inc. (Common) | A | Dividend | K | T | | | | | |
| 38. Tyco Int'l, Ltd. (Common) | A | Dividend | J | T | | | | | |
| 39. AVAYA, Inc. (Common) | A | Dividend | J | T | Sell | 9/29 | J | A | |
| 40. JDS Uniphase (Common) | A | Dividend | J | T | Sell | 9/29 | J | A | |
| 41. Lenovo Group Ltd. | A | Dividend | J | T | | | | | |
| 42. Ameriprise f/k/a American Express Money Market (One Financial) | A | Dividend | K | T | Name change | 8/1 | | | |
| 43. MCDATA Corporation (Common) | A | Dividend | J | T | Sell | 9/29 | J | A | |
| 44. Ameriprise f/k/a American Express One High Yield | A | Interest | K | T | Name change | 8/1 | | | |
| 45. Hospira | A | Dividend | J | T | | 9/29 | J | B | |
| 46. St. Paul Travelers Companies | A | Dividend | J | T | | | | | |
| 47. MCI WorldCom (Common) (Expired) Delisted | A | Dividend | J | T | Expired | | | | |
| 48. Enron (Common) (Expired) Delisted | A | Dividend | J | T | Expired | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GRAHAM, DONALD L | 06/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date _____ June 8, 2006

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544